# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| BOBBY GARRETT | ) | 20-MJ-4027 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 10, 2020__ in the county of __Sumner__ in the __Middle__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 924(c) and Title 21, United States Code, Section 841(a)(1) | Possession of heroin and fentanyl with the intent to distribute it and possesion of a firearm in furtherance of a drug trafficking crime. |

This criminal complaint is based on these facts:
Please see the attached statement in support of criminal complaint.

☑ Continued on the attached sheet.

_____
Complainant's signature

FBI TFO Jason Ghee
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __03/10/2020__

_____
Judge's signature

City and state: __NASHVILLE, TN__

Alistair Newbern, United States Magistrate Judge
*Printed name and title*

# STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT
## Bobby D. Garrett

I, Jason Ghee, being duly sworn, state:

1. I am a duly sworn Police Officer with the City of White House, Tennessee, where I have been employed since 2005. Since 2012, I have been assigned to the 18th Judicial District Drug Task Force (JDDTF) as a Narcotics Investigator. Since April 2019, I have been federally deputized to work as a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI), working with the Nashville Resident Agency's Violent Crime Gang Task Force. As part of my duties as a FBI Task Force Officer, I investigate federal crimes occurring within the Middle District of Tennessee, including violent crimes, drug trafficking, and other related offenses.

2. This statement is submitted in support of a Criminal Complaint charging Bobby D. GARRETT with Possession with Intent to Distribute and Distribution of Heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and Possession of a Firearm during the furtherance of Drug Trafficking, in violation of Title 18, United States Code, Section 924(c)(1)(A).

3. The information contained in this statement is based on my training and experience, my personal participation in this investigation, my review of documents, and information provided to me by other law enforcement officials and witnesses. Where conversations are related herein, they are related in substance and in part, and not verbatim. Because this statement is being submitted for the limited purpose of establishing probable cause to support the Criminal Complaint, I have not included each fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the issuance of the criminal complaint.

4. On December 2, 2019, law enforcement officers conducted a trash pull at 1039 Dorset Drive in Hendersonville, TN 37075 after receiving information from an anonymous source about new renters moving into the residence listed above and placing multiple surveillance cameras up on the property. At the time investigators conducted the trash pull the trash container was out and away from the house and on the street at the edge of the driveway of 1039 Dorset Drive as if left there for regular trash pick-up.

5. Included in the trash which was recovered from the trash container described above was the following:

   a. Three plastic baggies with loose cigar tobacco and marijuana residue inside;

   b. A grocery bag with loose tobacco and two cigarillo wrappers inside;

   c. A plastic bag from the Nashville Armory with an empty .9mm ammunition box with the name "Hornady" on it;

   d. Four paper receipts showing cash payments (one to Walmart in Hendersonville);

   e. Two rubber gloves with green residue on the fingertips.

6. On Wednesday December 4, 2019 I was able to contact the Loss Prevention Manager over the Walmart Hendersonville, Tennessee whose store information corresponded with the receipt recovered and described above. I gave her the receipt information (i.e. date/time, register number, etc.) related to the purchase reflected on the receipt. The Loss Prevention Manager used that information to determine the time of the transaction reflected on the receipt and the location of the register within Walmart where the transaction on the receipt had occurred. She was then reviewed the Walmart surveillance footage for the area around that particular register at the time of the receipted transaction and made still images from that surveillance video of the individuals depicted on it. The Loss Prevention Manager then sent me the images of

the individuals who were at the register purchasing items at the time the receipt was generated at the register where the receipt was generated from. She also provided images from the parking lot of the vehicle that the above described individuals were driving which was a white Chevy Suburban.

7. I then shared those images with Inv. Brandon Carter with the 18th JDDTF who drove to 1039 Dorset Drive Hendersonville, Tennessee. Inv. Carter then observed a white Chevy Suburban in the driveway. Inv. Carter also obtained the Tennessee registration of for that vehicle and determined that it was registered to EAN Holding (which is the Enterprise car rental company).

8. On December 5, 2019, I contacted FBI TFO Brad Kessler with the Nashville Airport who has access to a rental car database and gave him the registration for the above described vehicle. FBI TFO Kessler advised me that the listed renter of the vehicle, a white Chevrolet Suburban, was Bobby D. GARRETT. FBI TFO Kessler was also able to provide me with Mr. GARRETT's driver's license information.

9. On December 9, 2019, investigators conducted a second trash pull at 1039 Dorset Drive in Hendersonville, Tennessee 37075. This trash pull was conducted in the same manner as the trash pull described in Paragraph 4 and the trash container was in approximately the same location as described in Paragraph 4.

10. Included in the trash which was recovered from the trash container described above was the following:

    a. Seven plastic baggies with corners cut off and a white powdery residue inside that field tested positive for cocaine (the corners of plastic bags are commonly used to package cocaine to be sold to drug users);

3

b. Five plastic baggie corners with knots tied on the end;

c. Multiple empty sandwich baggies;

d. Multiple receipts to different retail stores paid in cash;

e. Multiple Regions Bank deposit receipts in the amounts of $500.00, $600.00, $1,200.00;

f. Empty container of Benefiber (commonly used by drug dealers as a cutting agent to maximize total amount of drugs to be sold by volume);

g. Large amounts of black electrical tape with multiple cut off knots from corner baggies attached.

11. On Monday January 6, 2020 Inv. Carter conducted another trash pull at 1039 Dorset Drive in Hendersonville, Tennessee 37075. This trash pull was conducted in the same manner as the trash pull described in Paragraph 4 and the trash container was in approximately the same location as described in Paragraph 4.

12. Included in the trash which was recovered from the trash container described above was the following:

h. Eight plastic baggies with corners cut off and a white powdery residue that field tested positive for cocaine;

i. One plastic baggie corner with knots tied on the end and a white powdery residue that field tested positive for cocaine;

j. Three empty sandwich baggies;

k. Large amount of black electrical tape with two cut off knots from corner baggies;

l. A marijuana stem with two pieces of a cigarillo package;

4

13. On January 10, 2020, Investigators with the 18th JDDTF, TBI, FBI, SCSO and the SCSO SWAT Team executed a search warrant at the residence at 1039 Dorset Drive Hendersonville, Tennessee 37075. During entry to the residence, SWAT detained Bobby D. GARRETT in the master bedroom, GARRETT's adult son in another bedroom on the opposite side of the residence and GARRETT's adult brother in another bedroom on the same side of the residence as GARRETT's adult son.

14. Once all photographs were taken, a search of the residence was conducted. During the search, law enforcement officers recovered the following items from the following areas:

a. Master bedroom closet:

   i. 1,927 grams of a tan powder/rock substance which field tested positive for heroin;

   ii. 625 grams of a white powder/rock substance;

   iii. 422 grams of a brown/black rock substance which field tested positive for heroin;

   iv. 127 grams of a pink powder/rock substance which field tested positive for fentanyl;

   v. Two (2) FN 57x28 mm handguns;

   vi. One Glock 19 handgun;

   vii. One Glock 27 handgun;

   viii. Approximately $135,000.00 in U.S. Currency;

   ix. A glass jar containing approximately 10 grams of marijuana;

      x. A men's wallet with Mr. GARRETT's Tennessee driver's license and social security card inside;

  b. Kitchen area:

      i. Approximately $12,000.00 in U.S. Currency;

      ii. Multiple sets of digital scales;

      iii. Box of rubber gloves matching gloves that were in trash pull number two;

      iv. Multiple boxes of sandwich baggies.

15. The firearms have been submitted for an interstate nexus analysis which has not yet been completed. Bobby D. GARRETT has multiple felony convictions in the State of Tennessee and are as follows:

  a. 12/1/2003-Reckless Endangerment-Deadly Weapon Involved

  b. 07/22/2003- Schedule II Drugs-Cocaine

  c. 09/02/2013-Poss. Of Firearm with prior Drug Offense Conviction

16. Based on the foregoing, I submit that there is probable cause to believe that Bobby D. GARRETT has committed the offense of Possession with Intent to Distribute and Distribution of Heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and Possession of a Firearm In Furtherance of A Drug Trafficking Crime, in violation of Title 18, United States Code, Section 924(c)(1)(A).

6

Case 3:21-cr-00038    Document 1    Filed 03/10/20    Page 7 of 7 PageID #: 7